TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Horus Ala Torre Arreola,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02937-GMN-DJA<br><br>**Stipulation for Extension of Time for Federal Respondents to provide their Notice Regarding Class Membership** and **Interrogatories Regarding Warrant and Initial Custody (ECF No. 4)** |

Petitioner, Horus Ala Torre Arreola, and Federal Respondents, by and through their respective counsels hereby file joint stipulation for Federal Respondents to provide their Notice Regarding Class Membership and Interrogatories Regarding Warrant and Initial Custody (ECF No. 4).

This Court ordered Federal Respondents to provide their Notice Regarding Class Membership and Interrogatories Regarding Warrant and Initial Custody by September 17, 2026. ECF No. 4 at 5. Counsel for Federal Respondents was assigned to this case on

September 18, 2026. ECF No. 6. Since being assigned he has reached out to ICE agency counsel to get more information to be able to provide a response to the court order, but as of this filing, has not received any response and thus cannot provide a response.

Counsel for Federal Respondents has provided the documentation he had received from ICE related to this case and provided it to Counsel for Petitioner on September 18, 2026. Counsel for Federal Respondents is also gathering the audio recording from Petitioner's bond hearing and will be sending that to counsel as soon as possible.

Counsel for Federal Respondents has asked for an extension to file the notice by September 22, 2026, and Counsel for Petitioner does not oppose such a request.

Based on the foregoing, the parties request for the 4-day extension for Federal Respondents to provide their Notice Regarding Class Membership and Interrogatories Regarding Warrant and Initial Custody (ECF No. 4).

DATED 18th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Stacy M. Newman*
STACY M. NEWMAN
Assistant Federal Public Defender
*Attorneys for Petitioner*

DATED 18th day of September, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

By: */s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
*Attorneys for Federal Respondents*

**IT IS SO ORDERED.**

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED: September 21, 2026