Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Stacy M. Newman
Assistant Federal Public Defender
Nevada Bar No. 14245
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Stacy_Newman@fd.org

*Attorney for Horus Ala Torre Arreola

# United States District Court
# District of Nevada

| | |
|---|---|
| Horus Ala Torre Arreola,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02937-GMN-DJA<br><br>**Stipulation to Extend Time to File First Amended Petition**<br><br>**(First Request)** |

Petitioner, Horus Ala Torre Arreola, and Federal Respondents, by and through their respective counsel, hereby file this joint stipulation to extend the time for Petitioner to file his amended petition, which is currently due today, September 24, 2026. See *ECF* No. 4.[1]

This extension is warranted because counsel for Petitioner did not receive immigration court records needed to draft the amended petition until today, and

[1] This Court's appointment order also set a deadline of today, September 24, 2026, for Petitioner to pay the filing fee and file redacted version of initiating documents containing personal-data identifiers. Both of those have been completed, leaving only the amended petition deadline to be extended. *See* ECF Nos. 2, 10-11.

counsel needs additional time to review these records and discuss them with the client. A two-week extension would allow counsel for Petitioner to review these documents, discuss with them with the client as needed, and draft the amended petition, as well as attend to other obligations owed to her capital habeas clients.

On September 24, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney Nathan M. Claus, who agrees to this two-week extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Garcia Venancio to file an amended petition to October 8, 2026.

Respectfully submitted this 24th day of September, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

*/s/ Nathan M. Claus*
Nathan M. Claus
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Stacy M. Newman*
Stacy Newman
Assistant Federal Public Defender

**IT IS SO ORDERED**:

Gloria M. Navarro, District Judge
UNITED STATE DISTRICT COURT

DATED: September 24, 2026